Laurie B. Mapes
lauriemapes2002@yahoo.com
PO Box 1241
Scappoose, OR 97056
(503) 543-2900

Luke Moen-Johnson
sherwoodreese@comcast.net
Drew L. Johnson, P.C.
1700 Valley River Drive
Eugene, OR  97401
(541) 434-6466

Attorneys for Plaintiff

UNITED STATES COURT DISTRICT COURT

DISTRICT OF OREGON

**BECKY B.,**

          Plaintiff,

    vs.

Commissioner of Social Security Administration,

          Defendant.
_____

Civil No. 6:21-cv-01110-SI

**ORDER APPROVING ATTORNEY FEES PURSUANT TO 42 U.S.C. §406(b)**

After considering Plaintiff's Motion, and counsel for Defendant having no objection, Plaintiff's Motion is hereby granted in the sum of $29,691.05, out of which Plaintiff's attorney will refund to Plaintiff Equal Access to Justice ("EAJA") fees already received by

ORDER APPROVING ATTORNEYS FEES PURSUANT TO 42 U.S.C §406 (b) -      1

counsel in the amounts of $6,157.50 for the first federal-court appeal and $12,340.93 for the second appeal, for a net cost to Plaintiff herein of $11,192.62, as settlement of attorney fees pursuant to 42 U.S.C. §406(b).  Any past-due benefits withheld by the Defendant in anticipation of an order under 42 U.S.C. §406(b), shall be payable to Plaintiff's counsel, Drew L. Johnson, P.C., less an administrative assessment pursuant to 42 U.S.C. §406(d), and mailed to their office at 1700 Valley River Drive, Suite 100, Eugene, OR 97401, consistent with this order.  There are no other costs.

    IT IS SO ORDERED this day of July __7__, 2023

_____
U.S. District Judge/Magistrate Judge


PRESENTED BY:

By:    /s/ LUKE MOEN-JOHNSON
       Luke Moen-Johnson, OSB #185632
       Of Attorneys for Plaintiff